UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISMAEL HERNANDEZ PADILLA, §<br>#356764, §<br>    Petitioner, §<br> §<br>v. §<br> §<br>WILLIAMS STEPHENS, Director §<br>TDCJ-CID, §<br>    Respondent. § | CIVIL ACTION NO.:<br>3:14-CV-1750-B |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's motion for leave to file [Doc. 2] is **DENIED**.

SO ORDERED this 16th day of July, 2014.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE